AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
01/08/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
01/08/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

WILBER GARCIA-REYES,

Defendant.

Case No.  8:26-mj-00010-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 6, 2026, in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Assault on Federal Officer Inflicting Bodily Injury |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/David Rocha
Complainant's signature

David Rocha, HSI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: January 8, 2026

*Karen E. Scott*
Judge's signature

Hon. Karen E. Scott,
U.S. Magistrate Judge
Printed name and title

City and state: Santa Ana, California

AUSA:_Rosalind Wang x3547

**AFFIDAVIT**

I, David Rocha, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since January 2004. I am currently assigned to the Orange County, California, field office.

2. My responsibilities as an HSI Special Agent include the investigation of criminal violations, such as violations related to assault on federal officers. I have also received training on and conducted and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, bulk cash smuggling, money laundering, gangs, and human trafficking. I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with HSI, I was an agent with the State of California Alcoholic Beverage Control.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint charging Wilber GARCIA-REYES ("GARCIA-REYES"), aka Wilver Garcia De Leon, with assault on a federal officer inflicting bodily injury, in violation of 18 U.S.C. §§ 111(a)(1), (b).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and

1

information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and any dates and times are on or about those dates and times.

### III. STATEMENT OF PROBABLE CAUSE

5.   Unless otherwise noted, the following facts are based on my interviews with Customs and Border Protection, Border Patrol Agents ("BPAs") who were at the scene of the events in question.

6.   On January 6, 2026, three BPAs (including the victim, BPA M.B.) were engaged in official duties in the city of Costa Mesa, in the vicinity of Baker Street and Bristol Street.  The officers were wearing marked protective vests that clearly identified them as law enforcement.  They were in a vehicle that was not marked, but did not have tinted windows.

7.   Two of the BPAs exited their vehicle to make contact with two males.  As soon as the officers exited their vehicle, one male later identified as GARCIA-REYES began running from the BPAs.  The BPAs pursued him on foot.

8.   When the BPAs caught up with him, GARCIA-REYES began resisting and fighting with the BPAs.  While trying to arrest GARCIA-REYES, the BPAs took him to the ground, but GARCIA-REYES continued twisting his body and swinging his arms.  As the

officers were trying to control and handcuff GARCIA-REYES's hands, GARCIA-REYES pulled his arm and BPA M.B.'s left hand near his mouth.  GARCIA-REYES then bit BPA M.B. on the top of his left hand below the thumb, breaking the skin.  Attached as Exhibit 1 is a photo of the curved scab on BPA M.B.'s hand from the bite wound.

     9.   Shortly thereafter, the BPAs handcuffed GARCIA-REYES and placed him in their vehicle.  After GARCIA-REYES was secured, BPA M.B. noticed deep scratches on the top of his left forearm, which had occurred during the process of subduing GARCIA-REYES.  Attached as Exhibit 2 is a photo of the scratches on BPA M.B.'s arm.  BPA M.B. sought medical attention from a Border Patrol Emergency Medical Technician ("EMT").

     10.  For all the reasons described above, I believe there is probable cause to believe that GARCIA-REYES committed assault
//
//

on a federal officer inflicting bodily injury, in violation of 18 U.S.C. §§ 111(a)(1), (b).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  8th  day of January 2026.

*Karen E. Scott*
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

# Exhibit 1



# Exhibit 2

