# United States Probation & Pretrial Services

United States District Court
Central District of California



| FILED |
|---|
| CLERK, U.S. DISTRICT COURT |
| 1/12/2026 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY:   E.C.        DEPUTY |

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10684933

**Passport Receipt**
Defendant Name: Garcia-Reyes, Wilber Stivi

Name on passport, if different:

Country of Origin: USA

Ordered by the court in the Central District of California or

Docket Number:  **0973 8:26-00010M-1**

U.S. Probation & Pretrial Services

Rodriguez, Yesenia- (Sister-In-Law)
---
Surrendered By

1/12/26
---
Date

S. Villalobos
---
Received By

1/12/26
---
Date

---
Returned To

---
Date

---
Surrendered By

---
Date

Purpose Returned
---
Address (if mailed)