**F I L E D**
CLERK, U.S. DISTRICT COURT

02/09/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:26-cr-00018-DOC |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| WILBER STIVI GARCIA DE LEON, | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The United States of America charges:

[18 U.S.C. § 111(a)(1)]

On or about January 6, 2026, in Orange County, within the Central District of California, defendant WILBER STIVI GARCIA DE LEON intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with employees of United States Customs and Border

//

//

Protection while the employees were engaged in, and on account of, the performance of their official duties.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Orange County Office

ROSALIND WANG
Assistant United States Attorney
Orange County Office

2