UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    8:26-cr-00018-DOC                                    Date: March 2, 2026

Present: The Honorable:    DAVID O. CARTER, U.S. District Judge

Interpreter George Gage (Spanish)

| Priscilla Deason for Karlen Dubon | Deborah Parker | Caitlin Campbell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Wilber Stivi Garcia De Leon | X | | X | Christina Sinha, DFPD | X | X | |

## PROCEEDINGS:  CHANGE OF PLEA; SENTENCING

Counsel states their appearances.  Defendant sworn.  Court questions Defendant regarding the plea.  Defendant Wilber Stivi Garcia De Leon pleads **GUILTY** to the Single-Count Information.  The plea is accepted.  The preparation of a Presentence Report is Waived.

The Court proceeds with sentencing.

See separate Judgment and Commitment Order.

**IT IS SO ORDERED.**

COP:16/Sen:10

Initials of Deputy Clerk   pd/kdu